April Upchurch Fredrickson, OSB #132027
april.fredrickson@jacksonlewis.com
Anthony Copple, OSB #163651
anthony.copple@jacksonlewis.com
JACKSON LEWIS P.C.
200 SW Market St., Ste. 540
Portland, Oregon 97201
Telephone: (503) 229-0404
Facsimile: (503) 229-0405
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| C.T.,<br><br>    Plaintiff,<br><br>    vs.<br><br>JASON FOSBERG, an individual; RED ROBIN INTERNATIONAL, INC., a Nevada corporation,<br><br>    Defendants. | Case No.: 3:22-cv-00637<br><br>**DECLARATION OF ANTHONY P. COPPLE IN SUPPORT OF THE UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND** |

I, Anthony P. Copple, hereby declare:

Page 1 – DECLARATION OF ANTHONY P. COPPLE IN SUPPORT OF THE UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND

**Jackson Lewis P.C.**
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 | (503) 229-0405 (fax)

1.      I am an attorney employed by the law firm Jackson Lewis P.C., attorneys of record for Defendants Red Robin International, Inc. and Jason Fosberg. I have personal knowledge of the matters set forth below and if called to testify, I would testify as follows:

2.      The parties request an additional ten days to respond to Plaintiff's Motion to Remand, until June 24, 2022.

3.      This is the first request for an extension of time to file a Response to Plaintiff's Motion to Remand.

4.      This request is not made for the purpose of delay. The Motion to Remand includes a variety of allegations the additional time is needed to respond to the Motion to Remand. In addition, Defendants need additional time to respond because counsel for Defendants, April Upchurch Fredrickson, had a prescheduled vacation and will thus require additional time to respond to the Motion to Remand.

5.      Opposing counsel has agreed to stipulate to the extension of time for Defendants to file their response.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

DATED:  June 10, 2022.

                                                    s/ Anthony Copple
                                                   Anthony P. Copple, OSB #163651

Page 2 – DECLARATION OF ANTHONY P. COPPLE IN SUPPORT OF THE UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND

**Jackson Lewis P.C.**
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 | (503) 229-0405
(fax)

## DECLARATION OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF ANTHONY P. COPPLE IN SUPPORT OF THE UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND** via:

- ☐ Electronic Mail
- ☐ US Postal Service
- ■ CM/ECF
- ☐ Facsimile Service
- ☐ Hand Delivery
- ☐ UPS

as follows on the date stated below:

    Gregory Kafoury, OSB #741663
    Kafoury@kafourymcdougal.com
    Jason Kafoury, OSB #091200
    jkafoury@kafourymcdougal.com
    Adam Kiel, OSB #091231
    kiel@kafourymcdougal.com
    Kafoury & McDougal
    411 SW 2nd Ave., Ste. 200
    Portland, OR 97204

    *Attorneys for Plaintiff*

DATED this 10th day of June, 2022.

                          By: s/ Delores Petrich
                              Delores Petrich

4866-7688-5540, v. 1

Page 3 – DECLARATION OF SERVICE

**Jackson Lewis P.C.**
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 | (503) 229-0405
(fax)