April Upchurch Fredrickson, OSB #132027
april.fredrickson@jacksonlewis.com
Anthony Copple, OSB #163651
anthony.copple@jacksonlewis.com
JACKSON LEWIS P.C.
200 SW Market St., Ste. 540
Portland, Oregon 97201
Telephone: (503) 229-0404
Facsimile: (503) 229-0405
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| C.T.,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON FOSBERG, an individual; RED ROBIN INTERNATIONAL, INC., a Nevada corporation,<br><br>    Defendants. | Case No.: 3:22-cv-00637<br><br>**DECLARATION OF DESTINY HOLMES IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND** |

I, Destiny Holmes, hereby declare:

1.    My name is Destiny Holmes, and I am over the age of eighteen-years-old. I am of sound mind and otherwise competent to give this Declaration. The matters set forth in this

Declaration are, unless stated otherwise, based upon my personal knowledge and are true and correct under the penalty of perjury. if called to testify, I would testify as follows:

2. I was an employee at the Red Robin Clackamas Town Center on March 24, 2021. On March 24, 2021, I was working as a server. C.T. and his party were seated in my section, and I took their order.

3. Throughout the night, I observed the restaurant manager, Jason Fosberg, in the kitchen preparing fries. I never saw Mr. Fosberg interact with C.T. before C.T.'s group received its food. I later observed Mr. Fosberg speaking to C.T. after he had completed his meal.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

DATED: June 24, 2022 at Clackamas, Oregon.

s/ *Destiny Holmes*
Destiny Holmes

Page 2 – DECLARATION OF DESTINY HOLMES IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND

**Jackson Lewis P.C.**
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 | (503) 229-0405
(fax)

# DECLARATION OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF DESTINY HOLMES IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND** via:

- ☐ Electronic Mail
- ☐ US Postal Service
- ☒ CM/ECF
- ☐ Facsimile Service
- ☐ Hand Delivery
- ☐ UPS

as follows on the date stated below:

>Gregory Kafoury, OSB #741663
>Kafoury@kafourymcdougal.com
>Jason Kafoury, OSB #091200
>jkafoury@kafourymcdougal.com
>Adam Kiel, OSB #091231
>kiel@kafourymcdougal.com
>Kafoury & McDougal
>411 SW 2nd Ave., Ste. 200
>Portland, OR 97204
>
>*Attorneys for Plaintiff*

DATED this 24th day of June, 2022.

          By: s/ Delores Petrich
             Delores Petrich

4868-0969-0918, v. 1