April Upchurch Fredrickson, OSB #132027
april.fredrickson@jacksonlewis.com
Anthony Copple, OSB #163651
anthony.copple@jacksonlewis.com
JACKSON LEWIS P.C.
200 SW Market St., Ste. 540
Portland, Oregon 97201
Telephone: (503) 229-0404
Facsimile: (503) 229-0405
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| C.T.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON FOSBERG, an individual; RED ROBIN INTERNATIONAL, INC., a Nevada corporation,<br><br>　　　　Defendants. | Case No.: 3:22-cv-00637<br><br>**DECLARATION OF CHRISTIAN O'CONNER IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND** |

I, Christian O'Conner, hereby declare:

1.　　My name is Christian O'Conner, and I am over the age of eighteen-years-old. I am of sound mind and otherwise competent to give this Declaration. The matters set forth in this

Page 1 – DECLARATION OF CHRISTIAN O'CONNER IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND

Jackson Lewis P.C.
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 | (503) 229-0405
(fax)

Declaration are, unless stated otherwise, based upon my personal knowledge and are true and correct under the penalty of perjury. If called to testify, I would testify as follows:

    2.      On March 24, 2021, I was the Associate Manager at the Red Robin in Clackamas Town Center. During the time in which C.T. dined in our restaurant that day, I observed Manager Jason Fosberg in the kitchen placing French fries in baskets. I did not see Mr. Fosberg interact with C.T. before C.T. raised an issue with his food. Once C.T. raised the issue with his food, I went to get Mr. Fosberg and asked him to speak with C.T. At that time, Mr. Fosberg was in his office, which is located behind the kitchen.

    3.      Red Robin did not charge C.T. for any portion of his meal. When C.T. complained to me about finding a foreign substance in his food, I comped the meals for his entire party.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

DATED: June 24, 2022 at Tigard, Oregon.

s/ *Christian O'Conner*  
Christian O'Conner

Page 2 – DECLARATION OF CHRISTIAN O'CONNER IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND

**Jackson Lewis P.C.**  
200 SW Market St. Ste. 540  
Portland OR 97201  
(503) 229-0404 | (503) 229-0405  
(fax)

## DECLARATION OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF CHRISTIAN O'CONNER IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND** via:

- ☐ Electronic Mail
- ☐ US Postal Service
- ■ CM/ECF
- ☐ Facsimile Service
- ☐ Hand Delivery
- ☐ UPS

as follows on the date stated below:

>Gregory Kafoury, OSB #741663
>Kafoury@kafourymcdougal.com
>Jason Kafoury, OSB #091200
>jkafoury@kafourymcdougal.com
>Adam Kiel, OSB #091231
>kiel@kafourymcdougal.com
>Kafoury & McDougal
>411 SW 2nd Ave., Ste. 200
>Portland, OR 97204
>
>*Attorneys for Plaintiff*

DATED this 24th day of June, 2022.

By: s/ Delores Petrich
Delores Petrich

4854-6751-3638, v. 1

Page 3 – DECLARATION OF SERVICE

**Jackson Lewis P.C.**
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 | (503) 229-0405
(fax)