**Gregory Kafoury, OSB #741663**
Kafoury@kafourymcdougal.com
**Jason Kafoury, OSB #091200**
jkafoury@kafourymcdougal.com
**Adam Kiel, OSB #091231**
@kiel@kafourymcdougal.com
KAFOURY & MCDOUGAL
411 SW Second Avenue, Suite 200
Portland, Oregon 97204
Phone:  503-224-2647
Fax:  503-224-2673
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| C.T.,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON FOSBERG, an individual; RED ROBIN INTERNATIONAL, INC., a Nevada corporation,<br><br>    Defendants. | Case No. 3:22-cv-00637<br><br>**DECLARATION OF ADAM A. KIEL IN SUPPORT OF THE UNOPPOSED MOTION FOR   EXTENSION OF TIME TO REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND** |

I, Adam A. Kiel, hereby declare:

1. I am an attorney employed at the law firm of Kafoury McDougal, I am one of the attorneys of record for Plaintiff.  I have personal knowledge of the matters set forth below and if called to testify, I would testify as follows:

2. Plaintiff requests additional time to reply to Defendants' Response to Plaintiff's Motion to Remand, until July 18, 2022.

**Page 1 – DECL. OF ADAM KIEL ISO PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND**

3. This is the first request for an extension of time to file a Reply to Defendants' Response to Plaintiff's Motion to Remand.

4. This request is not made for the purpose of delay. The lead attorneys on this file, Jason Kafoury and Gregory Kafoury are currently out of the country on a prescheduled vacation. I am also leaving the country on a prescheduled vacation prior to the original July 8th deadline for the Reply, and thus we require additional time to formulate the Reply to the Response to the Motion to Remand.

5. Opposing counsel has agreed to stipulate to the extension of time for Plaintiff to file its reply.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated this June 28, 2022.

/s/ Adam Kiel
**Gregory Kafoury, OSB #741663**
Kafoury@kafourymcdougal.com
**Mark McDougal, OSB #890869**
mcdougal@kafourymcdougal.com
**Jason Kafoury, OSB #091200**
jkafoury@kafourymcdougal.com
**ADAM KIEL, OSB #091231**
kiel@kafourymcdougal.com
KAFOURY & MCDOUGAL
411 SW Second Avenue, Suite 200
Portland, Oregon 97204
Phone:  503-224-2647
Fax:  503-224-2673

**Page 2 – DECL. OF ADAM KIEL ISO PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND**

## CERTIFICATE OF SERVICE

I certify that on June 28, 2022, I served or caused to be served a true and complete copy of the foregoing **DECLARATION OF ADAM KIEL IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND** on the party or parties listed below as follows:

    **X**    Via CM / ECF Filing

April Upchurch Fredrickson, OSB #132027
April.fredrickson@jacksonlewis.com
Anthony Copple, OSB #163651
Anthony.copple@jacksonlewis.com
Jackson Lewis P.C.
200 SW Market St.
Ste. 540
Portland, OR 97201
Telephone: (503) 2290404
Facsimile: (503) 229-0405

/s/ Adam Kiel
**Gregory Kafoury, OSB #741663**
Kafoury@kafourymcdougal.com
**Mark McDougal, OSB #890869**
mcdougal@kafourymcdougal.com
**Jason Kafoury, OSB #091200**
jkafoury@kafourymcdougal.com
**ADAM KIEL, OSB #091231**
kiel@kafourymcdougal.com
KAFOURY & MCDOUGAL
411 SW Second Avenue, Suite 200
Portland, Oregon 97204
Phone: 503-224-2647
Fax: 503-224-2673
Attorneys for Plaintiffs

Page 3 – CERTIFICATE OF SERVICE