IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| C.T., an individual, | No. 3:22-cv-00637-HZ |
| Plaintiff, | JUDGMENT |
| v. | |
| JASON FOSBERG, an individual, RED ROBIN INTERNATIONAL, INC., a Nevada corporation, | |
| Defendants. | |

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed for lack of subject matter jurisdiction. Pending motions, if any, are denied as moot.

DATED: September 22, 2022.

_____
MARCO A. HERNÁNDEZ
United States District Judge

1 – JUDGMENT