# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### OFFICE OF THE CLERK

**MELISSA AUBIN**
Clerk of Court

Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave.
Portland, OR 97204

**PAUL BRUCH**
Chief Deputy Clerk

September 23, 2022

Multnomah County Courthouse
1200 SW First Ave.
Portland, OR 97204

    **Subject:** Remand of Case: T. v. Fosberg et al
                USDC Case No: 3:22−cv−00637−HZ
                Multnomah County Case No: 22cv09460

Dear Clerk:

Pursuant to the Order (certified copy attached) remanding the above−referenced case to your court, enclosed is a certified copy of the District Court's Docket Sheet.

Thank you for your cooperation.

                                            **MELISSA AUBIN**
                                            **Clerk of Court**

                                            by: /s/Sydney Behrends

                                            Sydney Behrends, Deputy Clerk

Attachments:  Certified Copy of Order
                     Certified Copy of District Court's Docket Sheet

cc:  Counsel of Record
      File